

54dis frm

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
MAR 2 3 2006
IN THIS OFFICE
Clerk U S District Court
Greensboro, N C
By . . . . . .

Charles Gene Rogers,      )
                          )
            Petitioner,   )
                          )        **1:06CV00269**
        v                 )
                          )
Don G Wood,               )
                          )
            Respondent    )

## ORDER AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE


Petitioner, a prisoner of the State of North Carolina, has submitted a habeas petition

on a form for petitions under 28 U S C § 2241  For the following reasons, the petition

cannot be further processed

1       Petitioner is attacking his convictions in the Eastern District of North Carolina
        Therefore, he has filed the incorrect form and in the wrong district  He states
        that he has already litigated section 2254 petitions in the Eastern District
        Therefore, he must receive permission from the Fourth Circuit before filing a
        second petition on the same convictions

2       Filing fee was not received or affidavit to proceed in forma pauperis was not
        submitted or signed by the petitioner

Because of these pleading failures, this particular petition should be filed and then

dismissed, without prejudice to petitioner filing a new petition in the proper district

    In forma pauperis status will be granted for the sole purpose of entering this order and

recommendation

**IT IS THEREFORE ORDERED** that in forma pauperis status is granted for the sole

purpose of entering this order

**IT IS RECOMMENDED** that this action be filed, but then dismissed sua sponte

without prejudice to petitioner filing a new petition in the proper district


                           /s/ P Trevor Sharp
                         United States Magistrate Judge


Date   March 23, 2006